IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) ACKERMAN MCQUEEN, INC., et al., ) ) Defendants. ) | Case No. MC-20-5-C |

O R D E R

This case was filed in this district to address a subpoena to a third party. The Court resolved the issue but due to clerical error, the case was not closed. The Court directs to Court Clerk to now close this case.

IT IS SO ORDERED this 6th day of September 2022.

ROBIN J. CAUTHRON
United States District Judge